IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| CHRISTINA WILEY, ALEXANDRIA LEE, TAWNEY BRIGGS, and CHRISTOPHER KORDA, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>Defendant. | Case No. 23-cv-03250-SRB |

\_\_\_**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

As a result of the Settlement's Final Approval, Final Judgment is entered based on the Parties' Settlement Agreement. Accordingly, this action is DISMISSED WITH PREJUDICE, with all Parties to bear their own costs and fees except as set forth consistent with the Court's Final Judgment Order (Doc. #44).

| | |
|---|---|
| December 6, 2024<br>Date | Paige Wymore-Wynn<br>Clerk of Court<br><br>/s/ Tracey D. Peters<br>(by) Deputy Clerk |